UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHARON WILMER

      Plaintiff,

  vs.              1:16-CV-00905 (NAM/CFH)

ALBANY COUNTY SOCIAL SERVICES,

      Defendant.

---

APPEARANCES:

Sharon Wilmer
LAST KNOWN ADDRESS
Plaintiff, *Pro Se*

**Norman A. Mordue, Senior U.S. District Court Judge**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Christian F. Hummel, duly filed on the 25th day of July 2016. Following fourteen days from the service[1] thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections having been submitted thereto, it is hereby

ORDERED that the Report-Recommendation (Dkt. No. 4) is accepted in its entirety, and it is further

ORDERED that the Plaintiff's entire Complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim upon which relief can be granted unless, the plaintiff

---

[1] The Report-Recommendation was mailed by certified mail to plaintiff two addresses as instructed in the Report-Recommendation, both were returned as undeliverable as "unclaimed".

files an Amended Complaint consistent with the Report-Recommendation on or before September 19, 2016, and it is further

ORDERED that in the event an Amended Complaint is not filed, the Clerk of the Court enter judgment and close this action on September 19, 2016 and it is further

ORDERED that the Clerk of the Court shall serve a copy of this order upon plaintiff by regular and certified mail to the address on court's docket and the address listed on civil cover sheet as plaintiff listed two addresses.

IT IS SO ORDERED.

Date:   August 17, 2016

Norman A. Mordue
Senior U.S. District Judge